**Motion Denied; Order filed December 17, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01019-CV

_____

### NEWELL M. EVANS, Appellant

### V.

### THEODORE P. FULLER, Appellee

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-187877**

---

## ORDER

The trial court found appellant to be not indigent on May 13, 2015. Appellant filed a motion challenging that finding. *See* Tex. R. App. P. 20.1(j)(1). This court granted his motion and issued an order on June 15 deeming appellant indigent for purposes of appeal.

On September 2, 2015 the court ordered Elizabeth Wittu, the official court reporter, to file the reporter's record within 30 days. Wittu filed a notice on

September 8, 2015 stating appellant had been found to be not indigent, but the notice did not refer to this court's subsequent order deeming him indigent.

On October 5, 2015 Wittu filed a motion for extension of time to file the record stating appellant had not designated which portions of the record he wanted her to prepare and file. The court granted her motion until November 5, 2015, and noted that no further extensions would be granted absent exceptional circumstances.

Wittu filed another notice on December 1 stating that appellant had not designated the portions of the record he wanted. On December 2, 2015 the court ordered appellant to designate the record and provide proof of his designation by December 9, 2015. Appellant filed a response on December 8, 2015 that said he made his designations in January 2015. Proof of the designations was attached to the response.

On December 11, 2015 Wittu asked for an extension to file the record. We **DENY** the motion and order as follows:

We order Elizabeth Wittu to file the record in this appeal by **January 11, 2016**. No further extensions will be granted. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Wittu does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM